4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-008 |
| | § | (Claim No. 63558) |
| ROSA L. CASTRO, | § | |
| | § | |
| Defendant, | § | |

## Plaintiff's Motion for Substituted Service

To the Honorable Felix Recio:

United States of America ("USA") moves for substituted service.

USA has attempted to serve Rosa L. Castro ("Castro") at 3622 Los Alamos, Harlingen, Texas 78552 which is Castro's usual place of abode.  Attached as Exhibit "1" is Rule 106 Affidavit executed by Gabriel Vega, Jr. of Lone Star Civil Process, in Brownsville, Texas.  This Affidavit shows the results of the attempted service.

USA would show that it is impractical to secure personal service on Castro and that due search, diligent inquiry and effort have been made to secure personal service.

USA requests that the Court allow service by leaving a copy of the summons along with a copy of the complaint attached at Castro's usual place of abode by attaching a copy of the Summons, Complaint, Notice of the Right to Try a Civil Case Before a Magistrate Judge, Consent to Procced Before a Magistrate Judge and Order for Conference and Disclosure of Interested Parties set for Tuesday, May 13, 2003 at 1:30 P.M. securely to the front door of Castro's usual place of abode, or by leaving it with someone 21 years of age or older, and by mailing it regular mail to debtor, or in any other manner which will be reasonably effective to give Castro notice of the suit.

The attempt to leave the documents at Castro's usual place of abode by leaving a copy of the Summons, Complaint, Notice of the Right to Try a Civil Case Before a Magistrate Judge, Consent to Procced Before a Magistrate Judge and Order for Conference and Disclosure of Interested Parties set for Tuesday, May 13, 2003 at 1:30 P.M. attached at Castro's usual place of abode by attaching a copy of the Summons, Complaint, Notice of the Right to Try a Civil Case Before a Magistrate Judge, Consent to Procced Before a Magistrate Judge and Order for Conference and Disclosure of Interested Parties set for Tuesday, May 13, 2003 at 1:30 P.M. securely to the front door of Castro's usual place of abode, or by leaving it with someone 21 years of age or older, and by mailing regular mail to debtor, or in any other manner which will be reasonably effective to give Castro notice of the suit, would comply with Rule 106 of the Texas Rules of Civil Procedure and is also allowed under the Federal Rules which allow service on a defendant if the means of service are consistent with the law of the state in which service is attempted. See Rule 4(e)(1) Fed. R. Civ. P.

USA requests this Motion for Substituted Service be granted and that the Court direct service on Castro by leaving a copy of the Summons, Complaint, Notice of the Right to Try a Civil Case Before a Magistrate Judge, Consent to Proceed Before a Magistrate Judge and Order for Conference and Disclosure of Interested Parties set for Tuesday, May 13, 2003 at 1:30 P.M. attached at Castro's usual place of abode securely posted to the front door, or by leaving it with someone 21 years of age or older, and by mailing it regular mail to debtor, or any other manner the Court orders which will be reasonably effective to give Castro notice of the suit.

Respectfully Submitted,

By: _____

M. H. Cersonsky, TBA 04048500
U.S. Southern Dist. No.: 5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel.  No.: (713) 840-1492
Fax No.: (713) 840-0038
Attorney for United States of America

Of counsel:
Alonso, Cersonsky & García, P.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-008 |
| | § | (Claim No. 63558) |
| ROSA L. CASTRO, | § | |
| | § | |
| Defendant, | § | |

## AFFIDAVIT

In Support of Motion for Private Service under Rule 106:

STATE OF TEXAS          §
                        §
COUNTY OF CAMERON       §

Before me the undersigned, on this day personally appeared, the undersigned affidant, who, after being duly sworn, deposed and stated the following: My name is Gabriel Vega, Jr. I am over the age of eighteen (18) years, born 7|14|68 , and have not been convicted of a felony or misdemeanor involving moral turpitude. I am familiar with the Texas Rule of Civil Procedure involving civil process service. I am not a party to the noted suit and have no interest in the outcome of this matter. All of the statements herein are true and correct.

I have attempted service on 2/17/03 and 2/24/03 at 3622 Los Alamos, Harlingen, Texas 78552. I talked to a female who stated that defendant is not in, yet there is a green card sent to this address signed by Rosa Castro on January 30, 2003. See Exhibit "A" attached hereto.

Please issue an order to have anyone (substitute service) of the appropriate age at the address of 3622 Los Alamos, Harlingen, Texas 78552.

Affiant, Gabriel Vega, Jr.

On this day appeared Gabriel Vega, Jr. known to me to be the person whose signature appears on the foregoing affidavit. After being duly sworn he/she stated that the information contained in the affidavits is true and correct.

SWORN TO AND SUBSCRIBED TO BEFORE ME THIS _26_ DAY OF _February_, 2003

_____
Notary Public

BARBARA SEALS
Notary Public, State of Texas
My Commission Expires
APRIL 6, 2004