UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-008 |
| | § | (Claim No. 63558) |
| ROSA L. CASTRO, | § | |
| | § | |
| Defendant, | § | |

Order for Substituted Service

USA's Motion for Substituted Service to serve Defendant Castro is granted.

Service of the Summons, Complaint, Notice of the Right to Try a Civil Case Before a Magistrate Judge, Consent to Proceed Before a Magistrate Judge and Order for Conference and Disclosure of Interested Parties set for Tuesday, May 13, 2003 at 1:30 P.M. attached will be made on Castro by (a) securely posting the Summons, Complaint, Notice of the Right to Try a Civil Case Before a Magistrate Judge, Consent to Proceed Before a Magistrate Judge and Order for Conference and Disclosure of Interested Parties set for Tuesday, May 13, 2003 at 1:30 P.M. on the front door of Castro's usual place of abode at 3622 Los Alamos, Harlingen, Texas 78552, or by leaving it with someone 21 years of age or older, and (b) by sending it regular mail to debtor.

Signed 02/28, 2003, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge