United States District Court
Southern District of Texas
FILED

MAY 28 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| Vs. | § § | CIVIL ACTION NO. B-03-008 |
| | § | (Claim No. 63558) |
| ROSA L. CASTRO | § | |

## OBJECTION TO THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

TO THE HONORABLE MAGISTRATE JUDGE:

United States of America ("USA") respectfully presents this objection (though perhaps it should be called a clarification) to the Magistrate Judge's Report and Recommendation with regard to the amount of prejudgment interest and says as follows:

1. The analysis portion of the Magistrate Judge's Report and Recommendation shows a current interest figure of $1,834.32. This figure was correct as of July 24, 1997 the date of the Certificate of Indebtedness, which was attached as Exhibit "A" to the Complaint. However, the Certificate of Indebtedness states in paragraph 1, the last line, the interest "accrues on the principle amount of this debt at a rate of $.86 per day." Thus, the Magistrate Judge's Report being dated May 14, 2003 should reflect a current interest amount of $1,818.90.

2. The Analysis of Magistrate Judge Recio does correctly state the prejudgment interest rate of 7.51% and the daily accrual or per diem rate of $.86.

3. The debtor has questioned the amount of prejudgment interest based on the analysis and therefore the United States of America objects and requests that the Magistrate Judge and/or the District Judge add prejudgment interest from July 24, 1997

to May 14, 2003 in the amount of $1,818.90 to the amount already stated of $1,834.32, making the prejudgment interest total $3,653.22 as of May 14, 2003. The total balance due should be similarly increased by $1,818.90 to a total of $8,438.76

WHEREFORE PREMISES CONSIDERED, the United States of America objects to the current interest figure and respectfully ask the Magistrate Judge or the District Court to amend the current interest figure to reflect the sum of $3,653.22 and increase the total balance due to $8,438.76.

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA #04048500
5065 Westheimer, Suite 600
Houston, TX 77056
Tel: (713) 840-1492
Fax: (713) 840-0038
ATTORNEY FOR PLAINTIFF,
UNITED STATES OF AMERICA

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was sent by certified mail return receipt requested on May 23rd, 2003, to:

Rosa L. Castro
3622 Los Alamos
Harlingen, TX 78552

Miguel Salinas
Attorney at Law
803 Old Port Road
Brownsville, TX 78521-3557

_____
M. H. Cersonsky

## CERTIFICATE OF CONFERENCE

My office called Mr. Salinas' office around 4:00 p.m. on May 23, 2003, but could only leave a voice mail. Mr. Salinas called my office earlier, but has not filed an appearance to my knowledge.

_____
M. H. Cersonsky