UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| VS | § | CIVIL ACTION NO. B-03-008 (Claim No. 63558) |
| ROSA L. CASTRO | § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

B. Plaintiff's Motion for Default Judgment (Pleading No. 9) is hereby GRANTED; and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

| | | |
| --- | --- | --- |
| 1. | Principal Balance | $4,183.45 |
| 2. | Current Interest | $3,653.22 |
| 3. | Administrative Fees, Costs, Penalties | $ 52.09 |
| 4. | Attorney's Fees | $ 550.00 |
| 5. | Pre-Judgment Interest Rate Per annum | 7.51% |
| 6. | Daily Accrual: | $ 0.86 |
| 7. | TOTAL Balance Due (Including Attorney's Fees) | $ 8,438.76 |
| 8. | Post Judgment Interest equals __0.97__ % per annum | |

DONE in Brownsville, Texas, this ____ of __June__ 2003.

_____
Hilda G. Tagle
United States District Judge